# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  Docket No. 2:13-MJ-1048-1BO

FREDERIC GREGORY KENOWSKI

On August 6, 2013, the above named was placed on probation for a period of 14 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,  Respectfully submitted,

/s/Jeffrey L. Keller  /s/Scott Plaster
Jeffrey L. Keller  Scott Plaster
Supervising U.S. Probation Officer  U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _/9_ day of _December_, 2013.

Terrence W. Boyle
U.S. District Judge